CLARA POLACKOFF, Respondent, *v.* HENRY SONN & CO., INC., Appellant.

(Submitted May 25, 1934; decided June 8, 1934.)

*Everett W. Bovard* and *Daniel Mungall* for appellant.

*Harry A. Gair* and *Edward Fingerman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.